# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. DEPENBROCK, | 2:12-cv-01327-JCM-CWH |
| *Petitioner*, | |
| vs. | ORDER |
| D.W. NEVEN, *et al.*, | |
| *Respondents*. | |

IT IS ORDERED that the clerk of court shall effect informal electronic service of this order upon the state attorney general and shall regenerate notices of electronic filing of all prior filings herein to the attorney general's office.

IT IS FURTHER ORDERED that respondents shall respond as per the particular directives of the prior order (#11) within sixty (60) days running instead from entry of this current order.

DATED:  June 27, 2014.

_____
JAMES C. MAHAN
United States District Judge